FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAR 06 2024

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:24-00056 |
| | ) |
| | ) JUDGE _____ |
| KORBEIN SCHULTZ | ) |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Joshua Kurtzman, and moves the court to seal the Indictment, attendant Arrest Warrant, and other materials related to the Indictment until such time as the Defendant is served with the Arrest Warrant and brought into custody. At the moment the Defendant is arrested, the United States will file a notice of the arrest at which time the Indictment will be automatically unsealed.

For cause, the United States submits that this sealing will help to ensure the safety of the law enforcement officers who are serving the warrant and will lower the risk of the destruction of other potential evidence in this matter between the time of the issuance of the warrant and the time of its service on the Defendant.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: *s/ Josh Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151