UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-00056 |
| | ) | |
| | ) | JUDGE _____ |
| KORBEIN SCHULTZ | ) | |

**ORDER TO SEAL INDICTMENT**

The Court is in receipt of an Indictment and Arrest Warrant in the above styled case. The Court is also in receipt of a Motion by the United States requesting that the Indictment, Arrest Warrant, and attendant documents be sealed until the time of the Defendant's apprehension.

For the cause stated in the Government's Motion, the Motion is GRANTED. The Complaint, Arrest Warrant and attendant documents (including the Government's Motion and this Order) shall be sealed and kept from public view, shall be available only to law enforcement to facilitate the service of the warrant, and shall be sealed until such time as the Defendant is arrested on that warrant. At the moment the Defendant is arrested, the United States shall file a notice of the arrest at which time the Indictment will be automatically unsealed.

It is so ORDERED.

_____
United States Magistrate Judge