CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony (X)
Misdemeanor ( )
Juvenile ( )

County of Offense: Montgomery
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: __JK__
(Initials)

Korbein Schultz.
Defendant's Full Name

_____
Defendant's Address

_____
Defendant's Attorney

Interpreter Needed? ____ Yes  X  No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 793(g) | Conspiracy to Obtain and Transmit National Defense Information | Maximum of 10 years imprisonment | $250,000 |
| 2, 3, 4 | 22 U.S.C. § 2778 | Export of Technical Data related to Defense Articles Without a License | Maximum of 20 years imprisonment | $1,000,000 |
| 5 | 22 U.S.C. § 2778 | Conspiracy to \Violate the Arms Export Control Act | Maximum of 20 years imprisonment | $1,000,000 |
| 6 | 18 U.S.C. § 201(b)(2)(C) | Bribery of a Public Official | Maximum of 15 years imprisonment | $250,000 |

Is the defendant currently in custody?   Yes ( )   No (X)   If yes, State or Federal?   Writ requested  (N/A)

Has a complaint been filed?   Yes ( )   No (X)
  If Yes:   Name of the Magistrate Judge _____   Case No.: _____
           Was the defendant arrested on the complaint?   Yes ( )   No (X)

Has a search warrant been issued?   Yes (X)   No ( )
  If Yes:   Name of the Magistrate Judge   Frensley   Case No.: 23-mj-1246; 23-mj-1259; 23-mj-2302; 23-mj-2318; 23-mj-1209; 23-mj-1305; 23-mj-4493; 23-mj-23-4494; 24-mj-1023; 24-mj-2035; 24-mj-2036; 24-mj-2037; 24-mj-2079; 24-mj-2080; 24-mj-2081

Was bond set by Magistrate/District Judge?   Yes ( )   No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)   To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)   To/from what district? _____

Estimated trial time:   3 Days

The Clerk will issue a Summons/**Warrant** (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes (X)   No ( )   Recommended conditions of release: _____