# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KORBEIN SCHULTZ | ) | Case No. 3:24-cr-00056 Judge Trauger |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KORBEIN SCHULTZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obtain and Disclose National Defense Information, in violation of 18 U.S.C. § 793(g)
Export of Technical Data related to Defense Articles Without a License, in violation of 22 U.S.C. § 2778
Conspiracy to Export Defense Articles Without a License, in violation of 22 U.S.C. § 2778
Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(2)(C)

Date: 03/06/2024

*Issuing officer's signature*

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:     Weight:

Sex:     Race:

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print     Save As...     Reset