UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00056 |
| | ) | |
| | ) | JUDGE TRAUGER |
| KORBEIN SCHULTZ | ) | |

## NOTICE OF ARREST

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Joshua A. Kurtzman, to give notice that the Defendant has been arrested in the above matter.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:    s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
719 Church Street - Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on March 7, 2024.

s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant United States Attorney