# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
| :--- | :--- | :--- |
| v. | ) | |
| KORBEIN SCHULTZ | ) Case No. 3:24-cr-00056 Judge Trauger |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KORBEIN SCHULTZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obtain and Disclose National Defense Information, in violation of 18 U.S.C. § 793(g)
Export of Technical Data related to Defense Articles Without a License, in violation of 22 U.S.C. § 2778
Conspiracy to Export Defense Articles Without a License, in violation of 22 U.S.C. § 2778
Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(2)(C)

Date: 03/06/2024

*Issuing officer's signature* — Jeremy Medley

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* March 7, 2024, and the person was arrested on *(date)* March 7, 2024
at *(city and state)* Ft. Campbell, KY.

Date: March 8, 2024

*Arresting officer's signature*

Joel Hayworth, Special Agent
*Printed name and title*