**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ **VIDEOCONFERENCE**  ☑ **COURTROOM**

U.S.A. v. Korbein Schultz , No. 3:24-cr-56

**ATTORNEY FOR GOVERNMENT:** Joshua Kurtzman

**ATTORNEY FOR DEFENDANT:** MaryKathryn Harcombe  ☑ AFPD  ☐ Panel  ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES  ☑ NO   **LANGUAGE/INTERPRETER:** _____
☐ PRESENT  ☐ TELEPHONE  ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE**  ☐ **ON A SUMMONS**  ☑ **ARRESTED ON:** 3.7.2024
  **DEFENDANT HAS A COPY OF:**
  ☐ Complaint  ☑ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
  ☑ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
  ☑ Defendant advised of right to counsel        ☐ Counsel retained
  ☐ Financial affidavit filed under penalty of perjury                              ☐ FPD Appointed
  ☑ Defendant advised of right to silence
  ☑ Defendant advised of right to **Consular notification**   ☑ Counsel app't based on counsel's statement
  ☑ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☑ Government motion for detention          ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing        ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future   ☐ Defendant to be returned to State custody
  ☐ Defendant to remain in Federal custody       ☐ Defendant waived rights under IAD
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☐ Defendant released on:
    ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☑ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** to be set before Judge Newbern

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☑ **ARRAIGNMENT**
  ☑ Defendant acknowledges he/she has copy of Indictment/Information  ☑ Court advised Def. of penalties
  ☑ Defendant waives reading thereof         ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY  ☑ NOT GUILTY  ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 3.8.2024            **TOTAL TIME:** 11 minutes IA, 1 min arraignment
**BEGIN TIME:** 11:44am         **END TIME:** 11:56am
☑ *Digitally Recorded*  ☐ *Court Reporter:* _____

Form Revised 2/9/2018        Page 1 of 1