IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:24-cr-00056 |
| v. ) | |
| ) | JUDGE TRAUGER |
| KORBEIN SCHULTZ ) | |

**PROPOSED PROTECTIVE ORDER**

The United States' Motion for a Protective Order is GRANTED.

It is hereby **ORDERED** that copies of all discovery materials in this case shall not be provided to the defendant, or anyone associated with the defendant, other than members of the defendant's legal defense team, which includes experts hired by the defense. Defense Counsel may provide individual discovery documents to their client if there's a prior agreement with the Government.

Nothing in this Order, however, prevents defense counsel from reviewing any of these materials with the defendant.

IT IS SO ORDERED.

_____          _____
Date                                              ALETA A. TRAUGER
                                                        United States District Judge

1