**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Korbein Schultz , No. 3:24-cr-56

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** Mary Kathryn Harcombe  ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☐ YES ☒ NO   **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ **Defendant consents to appear before the Magistrate Judge by video**

☐ **INITIAL APPEARANCE**   ☐ **ON A SUMMONS**   ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint   ☐ Indictment   ☐ Information   ☐ Supervised Release Pet.   ☐ Other: _____
☐ Defendant advised of the charges & maximum penalties   ☐ Defendant advised of right to counsel
☐ Defendant provided the financial affidavit   ☐ Counsel retained   ☐ FPD Appointed
☐ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
☐ Government filed motion for detention   ☐ Defendant Waived detention hearing
☐ Defendant temporarily detained   ☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody   ☐ Defendant to be returned to state custody
☐ Defendant to remain on current conditions of supervised release
☐ Defendant released on:
   ☐ Standard ☐ Special ☐ Appearance Bond: _____ ☐ Property Bond
☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
   ☐ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
   ☐ Defendant waived reading thereof   ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY   ☐ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

**DATE:** March 15, 2024   **TOTAL TIME:** 2 minutes
**BEGIN TIME:** 12:30 p.m.   **END TIME:** 12:32 p.m.
☒ **Digitally Recorded**   ☐ **Court Reporter:** _____

UNITED STATES OF AMERICA v. Korbein Schultz    No. 3:24-cr-56

☐ **RULE 5 IDENTITY HEARING**    CONTINUED TO: _____
    ☐ Defendant found to be person named in the warrant
    ☐ Defendant NOT found to be the person named in the warrant & released
    ☐ Defendant waived identity hearing

☐ **PRELIMINARY HEARING**    CONTINUED TO: _____
    ☐ Probable Cause found    ☐ Probable Cause NOT found; Released from custody
    ☐ Defendant waived preliminary hearing    ☐ Other: _____
    ☐ RULE 5- Defendant reserved right to have hearing in the District of Prosecution

■ **DETENTION HEARING**    CONTINUED TO: _____
    ☐ Government withdrew motion for detention
    ☐ Bond set at: _____    ☐ Defendant released on: _____
    ☐ Defendant detained; order to enter
    ■ Defendant waived detention hearing    ■ Defendant reserved right to hearing in future
    ■ Defendant to remain in federal custody    ☐ Defendant to be returned to state custody
    ☐ Government moved for stay of Defendant's release pending appeal
    ☐ RULE 5- Defendant elected to have hearing in District of Prosecution

☐ **OTHER**
    ☐ Type of hearing and outcome: _____
_____

☐ **DEFENDANT DIDN'T APPEAR AS DIRECTED; BENCH WARRANT ISSUED**

---

**NOTES/EVIDENTIARY MATTERS:**    ☐ **Witness/Exhibit list attached**

Page 2 of 2