UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KORBEIN SCHULTZ,<br><br>Defendant. | Case No. 3:24-cr-00056<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On March 15, 2024, Defendant Korbein Schultz appeared before the undersigned for a hearing on the United States' motion for pretrial detention. Defendant, by and through counsel, waived his right to a detention hearing, but would reserve the right to request a detention hearing at a later date on his motion.

Accordingly, the United States' motion for detention is GRANTED. The defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge