UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:24-00056 |
| | ) | JUDGE TRAUGER |
| | ) | |
| KORBEIN SCHULTZ | ) | |

## UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS FILING DEADLINE

Through counsel, Korbein Schultz respectfully asks the Court to extend the deadline for filing of pretrial motions. Mr. Schultz's trial is currently set for August 13, 2024, with a plea notification date of August 6, 2024. Counsel for the parties have been communicating regarding a plea agreement in this case. It is anticipated that the agreement will be finalized soon, such that a continuance of the trial date is not necessary. If, however, a trial continuance does become necessary, Mr. Schultz wishes to maintain his right to file pretrial motions.

Undersigned counsel has discussed this motion with Assistant U.S. Attorney Josh Kurtzman, who has no objection to the request. Accordingly, Mr. Schultz asks the Court to extend his pretrial motions filing deadline to August 6, 2024.

Respectfully submitted,

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2024, I electronically filed the foregoing *Unopposed Motion to Extend Pretrial Motions Filing Deadline* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203.

      /s/ *Mary Kathryn Harcombe*
      MARY KATHRYN HARCOMBE

2

Case 3:24-cr-00056   Document 23   Filed 07/12/24   Page 2 of 2 PageID #: 86