> Motion GRANTED.
> Extension to 8/6/2024.
>
> /s/ Judge Trauger

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 3:24-00056 |
| | ) JUDGE TRAUGER |
| | ) |
| KORBEIN SCHULTZ | ) |

## UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS FILING DEADLINE

Through counsel, Korbein Schultz respectfully asks the Court to extend the deadline for filing of pretrial motions. Mr. Schultz's trial is currently set for August 13, 2024, with a plea notification date of August 6, 2024. Counsel for the parties have been communicating regarding a plea agreement in this case. It is anticipated that the agreement will be finalized soon, such that a continuance of the trial date is not necessary. If, however, a trial continuance does become necessary, Mr. Schultz wishes to maintain his right to file pretrial motions.

Undersigned counsel has discussed this motion with Assistant U.S. Attorney Josh Kurtzman, who has no objection to the request. Accordingly, Mr. Schultz asks the Court to extend his pretrial motions filing deadline to August 6, 2024.

Respectfully submitted,

/s/ Mary Kathryn Harcombe
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz