UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-00056 |
| | ) | JUDGE TRAUGER |
| KORBEIN SCHULTZ | ) | |

## MOTION TO SET HEARING FOR CHANGE OF PLEA

Through counsel, Korbein Schultz respectfully moves the Court to schedule a change of plea hearing in his case. Mr. Schultz has decided to change his plea of not guilty to a plea of guilty pursuant to an agreement with the government. It is the intention of the parties to present the Court with that agreement and a plea petition.

This case is currently set for trial on August 13, 2024. Mr. Schultz asks the Court to grant this motion and set the change of plea hearing on a date in August.

Respectfully submitted,

/s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail:  MaryKathryn_Harcombe@fd.org

Attorney for Korbein Schultz

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2024, I electronically filed the foregoing *Motion to Set Hearing for Change of Plea Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203.

                                        /s/ *Mary Kathryn Harcombe*
                                        MARY KATHRYN HARCOMBE

2

Case 3:24-cr-00056    Document 25    Filed 07/26/24    Page 2 of 2 PageID #: 89