UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 3:24-CR-56 |
| | ) | |
| v. | ) | |
| | ) | |
| KORBEIN SCHULTZ | ) | Judge Trauger |
| | ) | |

## NOTICE OF SENTENCING DATE

The sentencing hearing in the above-styled case is set on **Thursday, January 23, 2025 at 2:00 p.m.,** in the Fred D. Thompson United States Courthouse, 719 Church Street, Nashville, Tennessee, Courtroom No. 6C. You will receive no further notice.

If the defendant is released on bond, his or her failure to appear for sentencing on the above date may result in the forfeiture of bond and/or additional charges.

The defendant is instructed to report immediately to the United States Probation Office of this Court to initiate the Presentence Investigation (Suite 1100, 1st Floor, 615-736-5771). The Probation Office is directed to submit a Presentence Investigation report to the Court.

LYNDA HILL, CLERK

BY: Katheryn Beasley
Courtroom Deputy Clerk

TELEPHONE: 615-736-7157